## DISCIPLINARY DOCKET

**89–355.** Columbus Bar Assn. v. Connors. On certified report of panel pursuant to Gov.Bar R. V(9)(H). The probation of John Joseph Connors, Jr. of 209 South High Street, Columbus, Ohio, Attorney Registration No. 0031717, is revoked and his one-year suspension is immediately imposed.

**90–1705 and 92–1324.** Columbus Bar Assn. v. Nichols. On certified report of panel pursuant to Gov.Bar R. V(9)(H). The probation of Leroy Alvin Nichols of Columbus, Ohio, Attorney Registration No. 0015743, is revoked and both suspensions totaling eighteen months are immediately imposed.
WRIGHT, J., not participating.

## MISCELLANEOUS DISMISSALS

**93–2496.** LiTel Telecommunications Corp. v. Tracy. Board of Tax Appeals, No. 91–A–1524. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective November 14, 1994.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2538.** Parma v. Hampar. *Cuyahoga County,* No. 63880. This cause is pending before the court as a discretionary appeal. Appellant's motion to file memorandum in support of jurisdiction instanter was denied on March 2, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 14, 1994.

### *Tuesday, November 22, 1994*
## MISCELLANEOUS DISMISSALS

**94–1739.** Ridgeview Ctr., Inc. v. Lorain Cty. Bd. of Revision. Board of Tax Appeals, No. 92–D–1308. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by this court that the application be, and the same is hereby, granted, effective November 21, 1994.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–2470.** State v. Isham. *Montgomery County,* No. 13909. Appellant has filed an untimely notice of appeal of the court of appeals' decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,
IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective November 21, 1994.
IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

### *Wednesday, November 23, 1994*
## MERIT DOCKET

**94–195.** State ex rel. Kose v. Court of Appeals for Lucas Cty. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.